**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARION KILER, Individually and as the
representative of a class of similarly situated persons,

                                                    Case No.   1:18-4828-ILG-PK

               Plaintiff,

          - against -

SUPERFEET WORLDWIDE, INC.,

              Defendant.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

      Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP

41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of

the above-referenced matter against Superfeet Worldwide, Inc.  No Answer has been filed in this

case.

Dated:  Brooklyn, New York
          November 2, 2018

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                           By:  */s/Dan Shaked*_____
                             Dan Shaked (DS-3331)
                             44 Court St., Suite 1217
                             Brooklyn, NY 11201
                             Tel. (917) 373-9128
                             Fax (718) 704-7555
                             e-mail: ShakedLawGroup@Gmail.com